IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CV-419-FL

| | |
|---|---|
| KUM HEE LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JEFF SESSIONS, ) | |
| Attorney General of the ) | |
| United States, and ) | |
| U.S. CITIZENSHIP AND ) | |
| IMMIGRATION SERVICES, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on defendants' motion to place case in abeyance (DE 7). Good cause having been shown, the court GRANTS defendants' motion.

It is hereby ORDERED that this case be placed in abeyance for 90 days from the date of entry of this order.

It is further ORDERED that Counsel for the Defendants provide this court with a Status Report at the end of the 90-day period.

So ORDERED THIS 11th day of October, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge