UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| KUM HEE LEE | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:18-CV-419-FL |
| MATTHEW WHITAKER, Acting Attorney | ) | |
| General of the United States, and U.S. | ) | |
| CITIZENSHIP AND IMMIGRATION | ) | |
| SERVICES | ) | |
|     Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss plaintiff's complaint for lack of jurisdiction.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 7, 2019, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is GRANTED.

**This Judgment Filed and Entered on February 7, 2019, and Copies To:**
Kum Hee Lee (via U.S. Mail at 126-16 Gallant Place, Raleigh, NC 27614)
Lori B. Warlick (via CM/ECF Notice of Electronic Filing)


February 7, 2019                    PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk